NACHMAN SPRING-FILLED CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

THE NACHMAN CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 7902, 7903. Promulgated June 5, 1928.

*Oswald D. Luby, Esq.*, for the petitioners.
*James V. O'Callaghan, Esq.*, for the respondent.

OPINION.

Love: We are of the opinion that substantially all of the stock of the petitioners was, during the period from August 1, 1919, to December 31, 1919, owned by the same interests, within the meaning of the provisions of section 240 (b) of the Revenue Act of 1918. See *Harbour-Longmire Co.*, 7 B. T. A. 314. The Commissioner's determination is, therefore, approved.

*Judgment will be entered for the respondent.*